THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY E. A. McCARTHY, Appellant, against CHARLES S. NELSON et al., as Assessors of the VILLAGE OF NORTH PELHAM, et al., Respondents. (Taxes of 1941.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY E. A. McCARTHY, Appellant, against CHARLES S. NELSON et al., as Assessors of the VILLAGE OF NORTH PELHAM, et al., Respondents. (Taxes of 1942.) — The relator in two proceedings to review the assessments of real property appeals from the orders modifying the referee's report and establishing assessed values. In each proceeding the order, insofar as appealed from, is unanimously affirmed, with one bill of fifty dollars costs and disbursements for the two proceedings. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

PAULINE REINER, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and CLARE REINER, Defendant-Appellant.— Action to recover on a policy of life insurance. Order denying appellant's motion for judgment dismissing the complaint on the ground that it fails to state facts sufficient to constitute a cause of action in equity, or for other relief, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.